Juanita M. DUNCAN, Plaintiff–
Appellant,

v.

GREENVILLE HOSPITAL SYSTEM,
Defendant–Appellee.

No. 01–1609.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 28, 2001.

Juanita M. Duncan, pro se. Thomas Allen Bright, Haynsworth, Baldwin, Johnson & Greaves, L.L.C., Greenville, SC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Juanita M. Duncan appeals from the district court's order dismissing her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Duncan v. Greenville Hosp. Sys.*, No. CA–00–235–6 (D.S.C. Apr. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*